**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**
Plaintiff

**v.**

Criminal No. **25-492(SCC)**

**ELSA SANTIAGO-COLON**
Defendant

**UNITED STATES' MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE**

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

The undersigned Assistant United States Attorney ("AUSA") Linet Olinghouse is no longer the AUSA assigned to the above captioned case. Therefore, it is respectfully requested that this Court accept this request to withdraw as attorney for the United States.

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Linet Olinghouse as counsel for the prosecution in the instant case and cease of sending further notifications.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of March, 2026.

W. STEPHEN MULDROW
United States Attorney

/s/ *Linet Olinghouse*
Linet Olinghouse USDC/PR Bar # G03015
Assistant U.S. Attorney
U.S. Attorney's Office
350 Carlos Chardon Avenue
Torre Chardon, Suite 1201
San Juan, Puerto Rico 00918
Tel (787) 766-5656
Email: linet.olinghouse@usdoj.gov

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on this date, March 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

/s/ *Linet Olinghouse*
Assistant U.S. Attorney